Ronald Eddie DUNCAN, Appellant,

v.

The STATE of Texas, Appellee.

No. 10–04–00270–CR.

Court of Appeals of Texas,
Waco.

Jan. 5, 2005.

Ronald Eddie Duncan, Conroe, pro se.

Michael A. McDougal, Montgomery County Dist. Atty., Conroe, for appellee.

Before Chief Justice GRAY, Justice VANCE, and Justice REYNA.

**ORDER**

TOM GRAY, Chief Justice.

Duncan sent to this Court a document entitled Certificate of Service which was received by this Court on December 1, 2004. The full typewritten text of the document, other than the referenced attachments, is as follows:

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Petition to Notify Appellate Court of Unauthorized, Usurping, and Negligent Actions of Disqualified Judge, Mason Martin and Petition for Extension of Time to File Trial Court Record, Affidavit of Inability to Give Security for Cost, Petition To Request a Designated Reporters Record, and Copy of Certificate of Service Received November 18th, 2004 A.D., Copy of Letter Received November 17th, 2004 A.D., and endorsed by Court Coordinator of County Court at Law # 3, Janice Campbell, Certificate of Service received April 8th, 2004A.D. by Montgomery County Clerks Office, and Petitioner hereby requests an Interlocutory Appeal to determine current status of 77(R) HB 2257–(Copy Enclosed) is this day being mailed to the following party or counsel of record and was received by;
_____, on this _____ day of _____, 200____.

Clerk of the Court
Tenth Court of Appeals
501 Washington Avenue, Rm 415                    "All God Given Rights Reserved"
Waco, Texas 76701-1327                           Without Prejudice UCC 1-207 & 1-103

Affirmed to before me a notary public this the _____ day of _____, 200___.

SEAL                                        _____
                                            Notary Public—State of Texas

My commission expires _____.

Just above "All God Given Rights Reserved" it is manually dated November 27, 2004 and signed on the line below. It also has a handwritten request at the bottom of the page to return a file stamped copy.

All blanks other than the signature of Duncan remain blank.

We are unable to determine what Duncan seeks to accomplish in this appeal by way of this document. Though labeled a

"Certificate of Service," it is not, because it does not purport to have been delivered to any person or entity other than this Court, though apparently some of the individual referenced attachments may have been served. *See* Tex.R.App. P. 9.5(a).

The Clerk of this Court is ordered to NOT file this document but to retain it in the court's correspondence file. Further documents from Duncan of this nature should likewise be placed in the correspondence file and neither acknowledged nor acted upon.

Duncan is hereby cautioned to file with this Court only those documents necessary to the disposition of his appeal in compliance with the Texas Rules of Appellate Procedure. A full copy of each document filed must be served on each party to the litigation or their attorney of record and there must be proof of service attached to each separate document. Tex.R.App. P. 9.5.

This appeal has become unnecessarily complicated by Duncan's failure or refusal to comply with the procedural rules regulating the appeal of his conviction. Such gross failure to comply with the rules may result in a conclusion that his appeal lacks merit and is being pursued as an abuse of the judicial process. Such a determination will result in the dismissal of his appeal for abuse of the judicial process under our inherent authority. *See Peralta v. State,* 82 S.W.3d 724, 725 (Tex.App.-Waco 2002, no pet.).